# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jeremy Jackman**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00042-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Kelly | ) | |
| Lanesboro Correctional Institution**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2015 Order.

February 3, 2015

_____

Frank G. Johns, Clerk
United States District Court